UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 16416
  UBALDO INFANTE
  LAURA INFANTE                             CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

        Debtor
  SSN XXX-XX-4378    SSN XXX-XX-3526

------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 09/10/07 and confirmed on 01/11/08.

     2.  The case was dismissed after confirmation, 05/16/2008.

     3.  The Debtor paid a total of $   2313.00 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | 15969.35 | .00 | 40.87 |
| CHASE AUTOMOTIVE FINANCE | SECURED VEHIC | 6872.26 | 58.52 | 1301.48 |
| LAKE COUNTY COLLECTOR | SECURED | 3919.00 | 49.79 | 750.22 |
| AFNI | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CALVARY PORTFOLIO SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| SENEX SERVICES | UNSECURED | NOT FILED | .00 | .00 |

            Summary of disbursements:
------------------------------------------------------------------------

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 26760.61 | .00 | .00 | .00 | 26760.61 |
| PRINCIPAL PAID | 2092.57 | .00 | .00 | .00 | 2092.57 |
| INTEREST PAID | 108.31 | .00 | .00 | .00 | 108.31 |
| TOTAL PAID | 2200.88 | .00 | .00 | .00 | 2200.88 |

The Debtor's attorney, PAUL R IDLAS                  , was allowed $      .00
and was paid $      .00 .

The Trustee received $    112.12 .

Refunds to the Debtor totaled $      .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 08/20/08                      /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE